IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:05CR258-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| BRANDON BEAMAN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on counsel for the Defendant's "Motion To Join Co-Defendants Motions" (document #94) filed February 13, 2006, which is hereby **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: February 13, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge